UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br>　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE,<br>　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's ex parte motion for extension of time to file account statement (ECF No. 10) is granted. Petitioner will have through August 9, 2019, to file a current inmate account statement for the past six months confirming his financial eligibility under 18 U.S.C. § 3006A. The Federal Public Defender may continue to act as counsel of record in this case during this time.

DATED THIS 1st day of July 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE