UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>Petitioner,<br>v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Following upon the entry of appearance (ECF No. 9) by the Federal Public Defender and the financial certificate filed by Petitioner (ECF No. 12), it is ordered that the Federal Public Defender, through Martin H. Novillo, Esq., is appointed as counsel for Petitioner under 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

DATED THIS 15th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE