UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>                   Petitioner,<br>   v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>                  Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

    Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 14). The Court finds good cause exists to grant the motion for extension (ECF No. 14). Petitioner will have up to and including March 5, 2020, to file an amended petition.

    DATED THIS 21st day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE