# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Respondents have filed a corrected motion for extension of time (first request) (ECF No. 23). The Court finds good cause exists to grant the motion for extension (ECF No. 23). Respondents will have up to and including June 22, 2020, to file and serve their response to the First Amended Petition (ECF No. 16).

DATED THIS 6th Day of April 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE