UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Respondents have filed a corrected motion for extension of time (second request) (ECF No. 25). The Court finds good cause exists to grant the motion for extension (ECF No. 25). Respondents will have up to and including August 6, 2020, to file and serve their response to the first amended petition (ECF No. 16).

DATED THIS 23rd day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE