UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 48). The Court finds good cause exists to grant the unopposed motion for extension (ECF No. 48). Petitioner will have up to and including October 19, 2020, to file and serve his response to Respondents' motion to dismiss (ECF No. 27).

DATED THIS 24th day of August 2020

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE