# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (third request). (ECF No. 54.) The Court finds good cause exists to grant the unopposed motion for extension. (ECF No. 54.) Petitioner will have up to and including December 31, 2020, to file and serve his response to Respondents' motion to dismiss. (ECF No. 27.)

DATED THIS 4th Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE