UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON, | Case No. 3:19-cv-00256-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Petitioner has filed an opposition to Respondents' motion to dismiss (ECF No. 56) and, with it, a motion for leave to exceed page limit (ECF No. 59).  The Court finds good cause exists to grant Petitioner's Motion.

Respondents have filed a motion for extension of time (first request) (ECF No. 60). The Court finds good cause exists to grant Respondents' Motion.

It therefore is ordered that Petitioner's motion for leave to exceed page limit (ECF No. 59) is granted.

It is further ordered that Respondents' motion for extension of time (first request) (ECF No. 60) is granted.  Respondents will have up to and including February 22, 2021, to file a reply to Petitioner's opposition to the motion to dismiss.

DATED THIS 8th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE