# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>  Petitioner,<br>v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>  Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Respondents have filed a motion for extension of time (second request) (ECF No. 63). The Court finds good cause exists to grant Respondents' Motion.

It therefore is ordered that Respondents' motion for extension of time (second request) (ECF No. 63) is granted. Respondents will have up to and including March 24, 2021, to file a reply to Petitioner's opposition to the motion to dismiss.

DATED THIS 24th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE