UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time (first request) (ECF No. 68). The Court finds good cause exists to grant the unopposed motion for extension of time (first request) (ECF No. 68). Respondents will have up to and including April 23, 2021, to respond to Washington's motion for discovery. (ECF No. 67.)

　　　DATED THIS 19th Day of April 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE