# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (second request) (ECF No. 70). The Court finds good cause exists to grant the unopposed motion for extension of time (second request) (ECF No. 70). Respondents will have up to and including May 7, 2021, to respond to Petitioner Marcus Washington's motion for discovery (ECF No. 67).

DATED THIS 3rd Day of May 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE