# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>               Petitioner,<br>  v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>               Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

    Petitioner Marcus Washington has filed an unopposed motion for extension of time (first request) (ECF No. 73). The Court finds good cause exists to grant the unopposed motion for extension of time (first request) (ECF No. 73). Washington will have up to and including May 17, 2021, to file a reply to Respondents' opposition to motion for discovery (ECF No. 72).

    DATED THIS 14th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE