# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

　　Respondents have filed an unopposed motion for extension of time (first request). (ECF No. 76.) The Court finds good cause exists to grant the motion. It is therefore ordered that the unopposed motion for extension of time (ECF No. 76) is granted. Respondents will have up to and including August 23, 2021, to file an answer to the first amended petition (ECF No. 16).

　　DATED THIS 29th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE