UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARCUS WASHINGTON, | Case No. 3:19-cv-00256-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time (second request). (ECF No. 78 ("Motion").) The Court finds good cause exists to grant the Motion. (*Id.*)

It is therefore ordered that Respondents' Motion (ECF No. 78) is granted. Respondents will have up to and including November 5, 2021, to file an answer to the first amended petition. (ECF No. 16.)

DATED THIS 24th Day of August 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE