UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>Petitioner,<br>v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (third request). (ECF No. 80.) The Court finds good cause exists to grant the unopposed motion. (ECF No. 80.) Respondents will have up to and including January 11, 2022, to file an answer to Petitioner Marcus Washington's first amended petition for writ of habeas corpus. (ECF No. 16.)

DATED THIS 9th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE