UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>    Petitioner,<br>v.<br><br>WARDEN WILLIAM GITTERE, *et al*.,<br><br>    Respondents. | Case No. 3:19-cv-00256-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (fourth request). (ECF No. 83.) The Court finds good cause exists to grant the unopposed motion for extension of time (fourth request). (ECF No. 83.) Respondents will have up to and including February 16, 2022, to file an answer to the first amended petition. (ECF No. 16.)

DATED THIS 14th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE