UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON, <br><br> Petitioner, <br> v. <br><br> WARDEN WILLIAM GITTERE, *et al.*, <br><br> Respondents. | Case No. 3:19-cv-00256-MMD-CSD <br><br> ORDER |

Petitioner Marcus Washington has filed an unopposed motion for extension of time (first request). (ECF No. 93.) The Court finds that good cause exists to grant the unopposed motion for extension of time (first request). (ECF No. 93.) Petitioner will have up to and including August 26, 2022, to complete discovery.

DATED THIS 28th Day of June 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE