UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time (first request). (ECF No. 97.) The Court finds that good cause exists to grant the unopposed motion. (*Id*.) Respondents will have up to and including January 20, 2023, to file their answer to Petitioner Marcus Washington's first amended petition for writ of habeas corpus.

　　　DATED THIS 18th Day of October 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE