UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time. (ECF No. 99.) This is Respondents' second request for an extension of this deadline. The Court finds that good cause exists to grant the unopposed motion. (*Id*.) Respondents will have up to and including March 6, 2023, to file their answer to Petitioner Marcus Washington's first amended petition for writ of habeas corpus.

　　　DATED THIS 23rd Day of January 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE