UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS WASHINGTON, | Case No. 3:19-cv-00256-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time. (ECF No. 102.) This is Respondents' third request for an extension of this deadline. The Court finds that good cause exists to grant the unopposed motion. (*Id*.) Respondents will have up to and including May 22, 2023, to file their answer to Petitioner Marcus Washington's first amended petition for writ of habeas corpus.

DATED THIS 8th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE