UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>                      Petitioner,<br>    v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>                    Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

      Respondents have filed an unopposed motion for extension of time. (ECF No. 104.) This is Respondents' fourth request for an extension of this deadline. The Court finds that good cause exists to grant the unopposed motion; however, further requests for an extension of this deadline will be viewed unfavorably. (*Id*.) Respondents will have up to and including June 21, 2023, to file their answer to Petitioner Marcus Washington's first amended petition for writ of habeas corpus.

      DATED THIS 24th Day of May 2023.

                                                                  MIRANDA M. DU<br>                                                   CHIEF UNITED STATES DISTRICT JUDGE