UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　Petitioner,<br>v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

　　　Petitioner Marcus Washington has filed an unopposed motion for extension of time. (ECF No. 107.) This is Washington's first request for an extension of this deadline. The Court finds that good cause exists to grant the unopposed motion. (*Id*.) It is therefore ordered that Washington has up to and including September 29, 2023, to file his reply to Respondents' answer.

　　　DATED THIS 18th Day of July 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE