# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

　　　Petitioner Marcus Washington has filed an unopposed motion for extension of time. (ECF No. 109 ("Motion").) This is Washington's second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 109) is granted. Washington has up to and including November 28, 2023, to file his reply to Respondents' answer.

　　　DATED THIS 2nd Day of October 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE