UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>       Petitioner,<br><br> v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>       Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

  Petitioner Marcus Washington has filed an unopposed motion for extension of time. (ECF No. 111 ("Motion").) This is Washington's third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

  It is therefore ordered that the Motion (ECF No. 111) is granted. Washington has up to and including January 29, 2024, to file his reply to Respondents' answer.

  DATED THIS 30th Day of November 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE