UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARCUS WASHINGTON, | Case No. 3:19-cv-00256-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Petitioner Marcus Washington has filed an unopposed motion for extension of time. (ECF No. 113 ("Motion").) This is Washington's fourth request for an extension of this deadline. The Court finds that good cause exists to grant the Motion, but it warns Washington that any further requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 113) is granted. Washington has up to and including April 29, 2024, to file his reply to Respondents' answer.

DATED THIS 30th Day of January 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE