UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

Petitioner Marcus Washington has filed an unopposed motion for extension of time of 15 days to file his reply brief. (ECF No. 115 ("Motion").) This is Washington's fifth request for an extension of this deadline, and he represents that it will be his final request "[a]bsent unforeseen and exigent circumstances." (*Id*. at 2.) The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 115) is granted. Washington has up to and including May 14, 2024, to file his reply to Respondents' answer.

DATED THIS 2nd Day of May 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE