UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCUS WASHINGTON,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00256-MMD-CSD<br><br>ORDER |

　　　Respondents have filed an unopposed motion for a 32-day extension of time to file a response to Petitioner Marcus Washington's motion for an evidentiary hearing. (ECF No. 121 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 121) is granted. Respondents have up to and including August 12, 2024, to file their response to the motion for an evidentiary hearing.

　　　DATED THIS 15th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE